No. 96–7848. HEARN v. VEASY ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–7849. HARRIS v. CUYAHOGA COUNTY, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–7850. DAVIS v. PRICE, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–7851. COLE v. IRVIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–7852. CRAIG v. LEE ROSENBAUM & ASSOCIATES, P. C., ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–7853. CLARK v. SIKES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–7856. GLENDORA v. CABLEVISION SYSTEMS ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–7858. RISLEY v. FAUNCE, ADMINISTRATOR, BAYSIDE STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–7862. REYES v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 96–7865. MAXWELL v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 96–7866. MARSHALL v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–7869. COVELLI v. CRYSTAL, CONNECTICUT COMMISSIONER OF REVENUE SERVICES. Sup. Ct. Conn. Certiorari denied.

No. 96–7871. FLETCHER v. SCHINDLER ELEVATOR CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–7874. CARTER v. OHIO. Ct. App. Ohio, Paulding County. Certiorari denied.